UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARRY LOMBARD | CIVIL ACTION |
| VERSUS | NO. 23-884 |
| DOVER BAY SPECIALTY INSURANCE COMPANY | SECTION M (1) |

### ORDER

Considering the joint stipulation of dismissal filed by the parties (R. Doc. 15),

IT IS ORDERED that all claims in the captioned matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 2nd day of January, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE